UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUHALI GARCIA,

           Plaintiff,

-against-

ANDREW M. SAUL,
Commissioner of Social Security,

           Defendant.

20 cv 5677 (NSR)

ORDER GRANTING IFP APPLICATION

**NELSON S. ROMÁN**, United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

Dated:   July 29, 2020
           White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2020