| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __6/15/2021__ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUHALI GARCIA,

                Plaintiff,

    v.

ANDREW M. SAUL,
  Commissioner of Social Security,

                Defendant.

**STIPULATION AND ORDER**

No. 20 Civ. 5677 (NSR) (JCM)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff and defendant, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: June 14, 2021

THE LEGAL AID SOCIETY
Bronx, New York
*Attorney for Plaintiff*

By: _____
VIOLETA ARCINIEGA
The Legal Aid Society
260 East 161st Street
Bronx, NY 10451
Tel: (718) 579-8157
varciniega@legal-aid.org

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2021

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: _____
MARY ELLEN BRENNAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2652
maryellen.brennan@usdoj.gov

Dated: June 15, 2021
       White Plains, NY

The Clerk is also directed to terminate the motion at ECF No. 18.