**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUHALI GARCIA,

                Plaintiff,

    v.

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.

**STIPULATION AND ORDER**

No. 20 Civ. 5677 (NSR) (JCM)

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that Defendant shall pay Plaintiff the sum of seven thousand three hundred and sixty-eight dollars and sixty-six cents ($7,368.66) in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and costs in pursuant to the 28 U.S.C. § 2412 connection with this action.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2021

    Fees may be paid to Plaintiff's counsel if Plaintiff has so agreed in writing, and Plaintiff owes no debt to the federal government that is subject to offset.

| | |
|---|---|
| Dated: August 26, 2021 | Dated: August 26, 2021 |
| THE LEGAL AID SOCIETY<br>Bronx, New York<br>*Attorney for Plaintiff* | AUDREY STRAUSS<br>Acting United States Attorney for the<br>Southern District of New York<br>*Attorney for Defendant* |
| By: _____<br>VIOLETA ARCINIEGA<br>The Legal Aid Society<br>260 East 161st Street<br>Bronx, NY 10451<br>Tel: (718) 579-8157<br>varciniega@legal-aid.org | By: _____<br>MARY ELLEN BRENNAN<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel: (212) 637-2652<br>maryellen.brennan@usdoj.gov |

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dated: August 27, 2021
White Plains, NY